NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN NOONAN,      )
       )
    Appellant,   )
       )
v.       )   Case No.  2D16-3643
       )
STETSON UNIVERSITY, INC.,  )
       )
    Appellee.   )
_____)

Opinion filed June 8, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Roy D. Wasson, Erin Pogue Newell, and
Annabel C. Majewski of Wasson &
Associates, Chartered, Miami; and Nicholas
Matassini and Joseph Alvarez of The
Matassini Law Firm, P.A., Tampa, for
Appellant.

Chris W. Altenbernd of Banker Lopez
Gassler, P.A., Tampa; and Nicholas A.
Brown of Carlton Fields Jordan Burt, P.A.,
Tampa, for Appellee.


PER CURIAM.


Affirmed.


LaROSE, C.J., and CRENSHAW and ROTHSTEIN-YOUAKIM, JJ., Concur.